### 13533. DENTON v. THE STATE.

LUKE, J. The evidence abundantly authorized the conviction. The assignments of error complaining of the admission of testimony are without merit. The charge of the court is not subject to any of the criticisms urged against it. The issues were fully and fairly presented to the jury and the defendant had a legal trial. It was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JUNE 13, 1922.

Conviction of assault with intent to murder; from Bibb superior court — Judge Mathews. February 25, 1922.

*W. A. McClellan, T. A. Jacobs Jr.,* for plaintiff in error.